UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>SAMUEL LEE PERSONS,<br>        Plaintiff. | No. C-12-0881 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on February 23, 2012, when the Court received from Samuel Lee Persons a letter to Judge Henderson that concerned prison conditions. On that date, the Court notified Mr. Persons in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Persons then sent to the Court a letter stating that he just wanted to let Judge Henderson know about prison conditions and "did not want to file a civil suit." Docket # 4. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

    IT IS SO ORDERED.

Dated: May 18, 2012

                                            EDWARD M. CHEN<br>
                                            United States District Judge